Case 2:16-cv-00887-VEH-JEO   Document 1   Filed 05/31/16   Page 1 of 5

CV-16-HS-0887-S

FILED
2016 May-31 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

16 MAY 31  A 10: 48

Inmate Identification Number: 292131

TaDarrius Parker

(Enter above the full name of the plaintiff
in this action)

> *NOTICE TO FILING PARTY*
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Judge Clyde Jones

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (  )        No ( ✓ )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) **Jefferson County**

3. Docket number **N1300 1708**

4. Name of judge to whom case was assigned **Clyde Jones**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **It was appealed, but he dismissed it**

6. Approximate date of filing lawsuit **9/2015**

7. Approximate date of disposition **9/22/2015**

II. Place of present confinement **Elmore Correctional**

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: **Because they discontinued the prisoner grievance procedure in ADOC.**

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) TADARRIUS PARKER

Address 3520 Marion Spillway Rd
Elmore, AL 36025 (AIS#292131)

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Clyde Jones

Is employed as Judge

at Jefferson County Court

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I TADARRIUS PARKER is hearby filing a complaint of unjustice, rudeness, and Abuse of the Legal Process against Judge Clyde Jones. I TADARRIUS PARKER went before Judge Jones in 2013 for a robbery case. During the time of court, I advised my Attorney Richard Bite that I was high on Xanax the morning of trail, when Mr. Bite presented this to Judge Jones he became upset

4

Refused to talk to us and gave me 20 years straight without considering I was high and not in my right state of mind frame.

Since my imprisonment I have filed petitions and Rule 32 advising that my lawyer Mr. Bite did not represent me fairly, but Judge Jones denied all my petitions. Prior to my sentencing and trial I asked Judge Jones to send me to a Rehab but he deny that also. I feel that Mr. Bite and Judge Jones cut deals and help someone else go free.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I TaDarrius Parker want the court to reconsider my case and sentence of lowering it and I want the court to transfer my case to another Judge who will review the evidence of my case in hope of a lower sentence and have a fair trail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
SIGNATURE

ADDRESS  3520 Marion Spillway Rd
Elmore, AL 36025

AIS #  292131

In December, 2015 I TADARRIUS PARKER (AIS# 292131) filed a petition pursuant to Rule 32 A.R. Crim. P. and was granted an court date set for January 25th, 2016 for review of the State's response to my Rule 32 Petition. On January 25th, 2016 I had my mother, children mother, grandmother, sister, and brother go an represent me as family support to see what decision the State was going to make. From my understanding from my family supporters Judge Clyde Jones attitude was so nasty and rude, and unjust toward them that he had tears in some of there eyes, because they were asking questions and had some concerns, to if the State was going to appoint an attorney for my case, but his attitude was so disrespectful toward them that he told them "he will look at the petition for Rule 32 when he get a chance", instead of taking the time out to go over it at that moment while they where in court, and after they asked him do they need to wait, he told them they were dismissed from his presence.

I feel as if that's no way to handle people family members or anyone as of that matter, with him having the power we entrust to Judges all over.

I am asking the State to please reconsider my case and have my case transfer from out of Judge Jones court into a Judge who will review my case and sentence and make an fair an just ruling. Thanks alot for taking time out to read and respond to this letter, and have a blessed day.